## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JODI RENEE MARTINEZ, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:11-cv-804-PMF |
| POTENZA ENTERPRIZES, INC., a Canadian corporation, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled pursuant to stipulation,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 21, 2012, this case is **DISMISSED** with prejudice and without costs.

DATED:  May 22, 2012.        NANCY J. ROSENSTENGEL, CLERK

                             By: s/Karen R. Metheney
                                 Deputy Clerk


**APPROVED:**

 /s/ *Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**